| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>FELDMAN, MARTIN L.C. | 2. Court or Organization<br><br>EASTERN DISTRICT OF LOUISIANA | 3. Date of Report<br><br>06/28/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active U S DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>500 POYDRAS STREET, Rm. 555<br>NEW ORLEANS, LA 70130-3313 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/18/2012 | Rollover IRA Distriubtion | $272.84 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Europa Institut | October 8-14, 2012 | Zurich, Switzerland | Lectures at Zurich University | Transportation and lodging paid. |
| 2. | Tulane University | July 1-15, 2012 | Cambridge, England | Lecturer, Cambridge University | Transportation, expenses and lodging paid partially. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FELDMAN, MARTIN L.C.** | 06/28/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Home Life Ins. Co. | A | Dividend | K | T | | | | | |
| 2. Dreyfus.- Money Market Cl B | A | Int./Div. | K | T | | | | | |
| 3. FHLMC CMO SER ▢ | A | Interest | J | T | | | | | |
| 4. FHLMC #1993-▢ , 1200 | A | Interest | J | T | | | | | |
| 5. FHLMC ▢ 1200 | A | Interest | J | T | | | | | |
| 6. Helios Strategic Income | A | Dividend | J | T | | | | | |
| 7. Senior Housing Properties 1200 | A | Dividend | J | T | | | | | |
| 8. NexPoint Credit Strategies, Highland Credit Strat Formerly | A | Dividend | J | T | | | | | |
| 9. Commonwealth REIT | A | Int./Div. | K | T | | | | | |
| 10. GNMA ▢ JUMBO | A | Interest | J | T | | | | | |
| 11. Ocean Energy Notes | B | Interest | K | T | | | | | |
| 12. Virtus Total Return Fd | A | Dividend | J | T | | | | | |
| 13. FNMA CMO SER ▢ | A | Interest | J | T | | | | | |
| 14. FNMA CMO SER ▢ | A | Interest | J | T | | | | | |
| 15. GNMA ▢ | A | Interest | J | T | | | | | |
| 16. Alliance Bernstein, ▢ | A | Dividend | J | T | | | | | |
| 17. FNMA #1990-▢ 1200 | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HCA, Inc. | B | Interest | K | T | | | | | |
| 19. Citigroup | A | Dividend | J | T | | | | | |
| 20. GNMA #2005- | A | Interest | J | T | | | | | |
| 21. Provident Energy Trust 1200 | A | Dividend | | | Sold | 01/18/12 | J | B | |
| 22. Blackrock FLTG Rate Inc. Strategies Fd II | A | Dividend | J | T | | | | | |
| 23. Blackrock Ltd Duration Income Trust | B | Dividend | K | T | | | | | |
| 24. Shoretel, Inc. | A | Dividend | J | T | | | | | |
| 25. Archer, Ltd | A | Dividend | J | T | | | | | |
| 26. Helios Advantage Income Fd | A | Dividend | J | T | | | | | |
| 27. Bank of America | A | Dividend | J | T | | | | | |
| 28. Blackrock Global FTG Rate Income Trust 1200 | B | Dividend | J | T | | | | | |
| 29. RAIT Investment Trust - 1200 | A | Int./Div. | J | T | | | | | |
| 30. Chase Bank | A | Interest | K | T | | | | | |
| 31. Dreyfus Money Market 1200 | A | Interest | K | T | | | | | |
| 32. Eaton Vance Ltd. Duration Income Fund | B | Dividend | K | T | | | | | |
| 33. Colonial Bancgroup Inc. | A | Dividend | J | T | | | | | |
| 34. MFS Govt. Markets Income Trust SBI | A | Dividend | | | Sold | 01/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EV Energy Partners LP | A | Distribution | | | Sold (part) | 10/03/12 | J | C | |
| 36. | | | | | Sold | 11/12/12 | J | C | |
| 37. El Paso Corp. 12% | B | Interest | J | T | | | | | |
| 38. FNMA1993-___ 1200 | A | Interest | J | T | | | | | |
| 39. Proshares Ultra Financials-IRA | A | Distribution | J | T | | | | | |
| 40. Healthways, Inc.-IRA | A | Dividend | J | T | | | | | |
| 41. Enterprise Product Partners LP | A | Distribution | J | T | | | | | |
| 42. Energy Transfer Equity | A | Distribution | J | T | | | | | |
| 43. Bunge LTD Finance Co. 8.5% | B | Interest | K | T | | | | | |
| 44. Triangle Capital Corporation | B | Dividend | K | T | | | | | |
| 45. Partnerre Fin A LLC 6.75% | A | Interest | J | T | | | | | |
| 46. Baxter International Inc. | A | Dividend | | | Sold | 06/28/12 | K | A | |
| 47. GNMA CMO Series ___ 1200 | A | Interest | J | T | | | | | |
| 48. Protective Life Corp. 8.0% | A | Dividend | J | T | | | | | |
| 49. BB&T Capital Trust VI 9.6% | A | Dividend | | | Matured | 02/07/12 | J | A | |
| 50. Blackrock Enhanced Dividend Achievers Trust | A | Dividend | J | T | | | | | |
| 51. Five Star Quality Care | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock Global Floating Rate Inc. Trust 1200 | A | Dividend | J | T | | | | | |
| 53. FHLMC CMO ___ CK 1200 | A | Interest | | | Distributed | 12/31/12 | J | A | |
| 54. GTE Ca Inc. Ser ___ 1200 | A | Interest | | | Sold | 02/09/12 | J | A | |
| 55. Wesco International, Inc. 1200 | A | Dividend | J | T | Sold (part) | 03/02/12 | J | C | |
| 56. Pimco Corp Income Fd. 1200 | A | Interest | J | T | | | | | |
| 57. Quicksilver Resources 1200 | A | Dividend | J | T | | | | | |
| 58. Frontier Communications | A | Dividend | J | T | | | | | |
| 59. Inergy LP | A | Distribution | J | T | | | | | |
| 60. Suburban Propane Partnership LP | A | Distribution | J | T | Sold (part) | 09/17/12 | J | A | |
| 61. GNMA CMO Series ___ | A | Interest | | | Redeemed | 04/20/12 | J | A | |
| 62. GNMA CMO Series ___ | B | Interest | | | Redeemed | 04/20/12 | K | A | |
| 63. GNMA CMO Series ___ | A | Interest | | | Redeemed | 05/21/12 | J | A | |
| 64. FHLMC CMO Series ___ | B | Interest | K | T | | | | | |
| 65. GNMA CMO Series ___ | B | Interest | | | Distributed | 12/31/12 | J | A | |
| 66. FHLMC CMO Series ___ | B | Interest | | | Redeemed | 09/17/12 | J | A | |
| 67. KKR and Co. LP | A | Distribution | | | Sold | 11/07/12 | K | A | |
| 68. Eaton Vance Insured Municipal Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FHLMC CMO Series ▨ | A | Interest | J | T | | | | | |
| 70. Medical Properties Trust Inc. 1200 | B | Dividend | K | T | | | | | |
| 71. GNMA CMO Series ▨ 1200 | A | Interest | J | T | | | | | |
| 72. GNMA CMO Series ▨ 1200 | A | Interest | | | Redeemed | 11/20/12 | J | A | |
| 73. GNMA CMO SERIES ▨ | A | Interest | J | T | | | | | |
| 74. GNMA CMO SERIES ▨ | A | Interest | J | T | | | | | |
| 75. GNMA CMO SERIES ▨ | A | Interest | | | Redeemed | 03/20/12 | J | A | |
| 76. SABRA Healthcare REIT, Inc. | A | Dividend | J | T | | | | | |
| 77. Fidus Investment Corporation | A | Dividend | J | T | | | | | |
| 78. SABRA Healthcare REIT, Inc. | A | Dividend | | | Sold | 10/19/12 | J | C | |
| 79. Blackrock Corporate High Yield Fund VI | A | Dividend | J | T | | | | | |
| 80. FNMA CMO SERIES ▨ | A | Interest | | | Distributed | 12/31/12 | J | A | |
| 81. General Electric Co. | A | Dividend | | | Sold | 10/22/12 | J | B | |
| 82. GNMA CMO ▨ | A | Interest | | | Distributed | 12/31/12 | J | A | |
| 83. Nuveen Multi-Strategy Inc. & Growth Com | A | Dividend | J | T | | | | | |
| 84. GNMA CMO SERIES ▨ 1200 | A | Interest | J | T | | | | | |
| 85. Lexington Corporate Properties Trust REIT 1200 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Abbott Laboratories 1200 | A | Dividend | J | T | | | | | |
| 87. CA INC | A | Dividend | | | Buy | 02/07/12 | J | | |
| 88. | | | | | Sold | 08/29/12 | J | A | |
| 89. Nuveen Credit Strategies | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 90. Aegon NV 8% Note | A | Interest | J | T | Buy | 02/22/12 | J | | |
| 91. Linn Energy, LLC | A | Distribution | J | T | Buy | 07/27/12 | J | | |
| 92. Hecules Technology Growth | A | Dividend | J | T | Buy | 07/27/12 | J | | |
| 93. Sealed Air Corp | A | Dividend | J | T | Buy | 08/15/12 | J | | |
| 94. Plum Creek Timber | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 95. Heska | A | Dividend | J | T | Buy | 10/03/12 | J | | |
| 96. | A | Dividend | J | T | Buy (add'l) | 10/19/12 | J | | |
| 97. FNMA CMO Series ▢ | A | Interest | J | T | Buy | 10/31/12 | J | | |
| 98. Kimco Realty 5.625% PFD | A | Dividend | J | T | Buy | 11/28/12 | J | | |
| 99. Endurance Specialty | A | Dividend | J | T | Buy | 12/10/12 | K | | |
| 100. Eaton Vance Tax Managed Buy-Write Opportunities Fund 1200 | A | Dividend | J | T | Buy | 02/03/12 | J | | |
| 101. FHLMC CMO ▢ - 1200 | A | Interest | J | T | Buy | 02/15/12 | J | | |
| 102. Linn Energy, LLC 1200 | A | Distribution | J | T | Buy | 05/18/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FNMA CMO ▨ 1200 | A | Interest | J | T | Buy | 12/26/12 | J | | |
| 104. Pace Oil and Gas LTD | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/28/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII,

Line 77 - Purchased additional in 2011 and input on another line.  Have line for this asset already.

Line 8 - Name changed to Nexpoint Credit Strategies on 6/12/2012.

Line 104 - Shown as sale in a prior year when only partial.  The security is close to worthless and has not generated any income in 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARTIN L.C. FELDMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Chambers of
# Martin L. C. Feldman
## District Judge

# RAYMOND JAMES

**From:** Natalie.Locke        **Sent:** Thursday, August 29, 2013 1:40:15 PM

**To:** Donna_Wisecarver
**Cc:**
**Subject:** Suburban Propane
     Digital Signature is VALID

---

On 1/25/2010 the Judge purchased ▇ shares of Inergy, LP in account ▇

On 9/17/2012 Inergy spun off Suburban Propane Partners, LP. The Judge received ▇ shares in that spinoff.

**Natalie H. Locke**
**Registered Client Services Associate**
**800-541-8073**